**People of the State of Illinois, Plaintiff-Appellee, v. Edward Lee Lyons, Defendant-Appellant.**

**Gen. No. 50,052.** ▮

First District, Fourth Division.

November 26, 1965.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Marshall J. Hartman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and E. Roger Horsky, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE McCORMICK.
Not to be published in full.